**SCOTT N. TISEVICH, ESQ.**  Electronically Filed: May 27, 2011
NV Bar #5525
241 Ridge St. – Suite 300
Reno, NV 89501
775-786-8926
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

IN RE:

HERSHKOWITZ, ELAINE M.

Case No.: BKN11-50891-btb

Chapter: 13

Hearing Date:
Hearing Time:

Debtor(s)
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

Debtor, ELAINE M. HERSHKOWITZ, by and through her attorney, SCOTT N. TISEVICH, ESQ., hereby requests this Court shall dismiss the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b). The case was commenced on March 22, 2011 under Chapter 13 and Chapter 13 plan has not been confirmed.

Respectfully submitted this 27th day of May, 2011.

/s/ Scott N. Tisevich
Scott N. Tisevich, Esq.
Attorney for Debtor

1

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 27th day of May, 2011. I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true and correct copy of the Notice of Voluntary Dismissal addressed to all interested parties listed as follows:

Tiffany & Bosco, PA
Gregory L. Wilde, Esq
212 South Jones Blvd
Las Vegas, NV 89107

William VanMeter,
Standing Chapter 13 Trustee
PO Box 6630
Reno, NV 89513

US Trustee
300 Booth Street
Room3009
Reno, NV 89509

Great Basin Federal Credit Union
9770 S. Virginia Street
Reno NV 89511

HSBC Bank
PO BOX 5253
Carol Stream ZL 60197

HSBC Bank Nevada, N.A.
by PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

MCYDSNB
911 Duke Blvd
Mason OH 45040

NCO Fin
PO BOX 15636
Wilmington DE 19850

| | |
|---|---|
| 1 | US BANK NATIONAL ASSOCIATION |
| 2 | C/O WELLS FARGO BANK, N.A. |
|   | ONE HOME CAMPUS, MAC ID#X2302-04C |
| 3 | DES MOINES, IA 50328 |
| 4 | |
| 5 | Wells Fargo Home Mortgage |
| 6 | |
|   | 8480 Stagecoach Cir |
| 7 | Frederick MD 21701 |
| 8 | |
| 9 | WELLS FARGO HOME MORTGAGE |
|   | PO BOX 10335 |
| 10 | DES MOINES, IA 50306 |
| 11 | |
|    | WELLS FARGO HOME MORTGAGE |
| 12 | PO BOX 30427 |
|    | LOS ANGELES, CA 90030-0427 |
| 13 | |

/s/ Sue C. Birrell
Sue C. Birrell
Legal Assistant to Scott N. Tisevich, Esq.

3