**Entered on Docket
June 09, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

IN RE:
HERSHKOWITZ, ELAINE M.

Debtor(s)
_____/

Case No.: BKN11-50891-btb

Chapter: 13

Hearing Date: May 27, 2011

Hearing Time: 2:00 pm

## ORDER GRANTING VOLUNTARY DISMISSAL

THIS MATTER having come before the Court on May 27, 2011, on Debtor's Notice of Voluntary Dismissal, and based upon the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

That, Debtor, ELAINE M. HERSHKOWITZ, has the right to request a voluntary dismissal pursuant to 11 U.S.C. § 1307(b).

THEREFORE, IT IS HEREBY ORDERED THAT the Debtor's case is DISMISSED pursuant to 11 U.S.C. § 1307(b).

IT IS SO ORDERED.

# # #